

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00012-CR

John Adonis-Hercule **BRACY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-8524
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED April 6, 2022.

_____
Irene Rios, Justice